NELLIE E. CHAMBERLAIN, as Administratrix of the Estate of JOHN H. MARKELL, Deceased, Respondent, *v.* SAMUEL K. NESTER, Appellant.

*Chamberlain* v. *Nester*, 100 App. Div. 511, affirmed.
(Argued October 24, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 19, 1905, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Frank Rice* and *George L. Bachman* for appellant.

*J. N. Hammond* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.